IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTY LYN WINSTON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No. 6:13-cv-1662-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Defendant objects to the Findings and Recommendation, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). I agree with the Findings and Recommendation that the Commissioner's decision to deny SSI benefits because of Plaintiff's interest in real property is not supported by substantial evidence.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#23) is adopted. The decision of the Commissioner is reversed and remanded for payment of benefits.

IT IS SO ORDERED.

DATED this __7__ day of April, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER