IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHRISTY LYN WINSTON,

                        Plaintiff,

                        Case No. 6:13 CV 01662-CL

v.

                        O R D E R

CAROLYN L. COLVIN,

                        Defendant.

      Magistrate Judge Clarke filed his Findings and Recommendation on August 31, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

      Dated this 22nd day of September, 2015.

                                      _____
                                      Ann Aiken, United States District Judge

Order -- Page 1